U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Case No. 12-19914-RBR
Chapter 7

ARMANDO RODRIGUEZ and
DEBORAH CORN,

    Debtors
_____/

ARMANDO RODRIGUEZ and  Case No. 12-02101-RBR
DEBORAH CORN

    Plaintiffs

v.

MICHAEL J. WOLFE,

    Defendant
_____/

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
FEB - 1 2013
FILED ✓  RECEIVED

### DEFENDANT'S MOTION TO DESIGNATE THIS ACTION AS A NON-CORE PROCEEDING

COMES NOW the Defendant, Michael J. Wolfe, pro se, and hereby moves this U.S. Bankruptcy Court for an Order designating this action as a non-core proceeding, pursuant to 28 USC 157(3), and as grounds therefore states:

**1.** The subject matter set forth in the Debtors' adversary Complaint involves a construction lien filed against the Debtor's real property pursuant to Chapter 713, Florida Statutes.

**2.** The aforementioned construction lien is a statutory lien. Accordingly, it is not dischargeable under U.S. Bankruptcy Law. *See* 11 USC 547(c)(6); 11 USC 545(2).

- 1 -

3. A construction lien foreclosure action has been commenced and is currently pending in the Broward County Circuit Court case entitled Michael J. Wolfe v. Armando Rodriguez, case no. 08-042736-CACE (12).

4. The aforementioned construction lien foreclosure action could not have been commenced under Title 11 of the U.S. Bankruptcy Code. Accordingly, it is not a core proceeding.

5. The Trustee has abandoned the Debtor's real property subject to the construction lien. The construction lien has not been avoided and the real property, including the lien, is returned to the Debtors. Accordingly, the Complaint is moot.

WHEREFORE, the Defendant, Michael J. Wolfe, respectfully requests that this U.S. Bankruptcy Court designate the Debtors' adversary Complaint as a non-core proceeding and withdraw from hearing any matters related thereto.

RESPECTFULLY SUBMITTED BY:

*/s/ Michael J. Wolfe*
Michael J. Wolfe, pro se
8716 Kently Road
New Port Richey, FL 34654
Ph. & Fax.: 727-845-1019
e-mail: m.j.wolfe@live.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 31ST day of January, 2013, a true and correct copy of the foregoing has been furnished by Regular U.S. Mail, postage prepaid, to the Clerk of the Court:

*/s/ Michael J. Wolfe*
Michael J. Wolfe, pro se

-2-